# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CARL LINDEN,<br><br>  Plaintiff,<br><br>v.<br><br>JBS USA, LLC, and THE UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1149,<br><br>  Defendants. | Case No.: 4:14-CV-00228<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Defendant, United Food and Commercial Workers Union, Local 1149 ("UFCW Local 1149") and for its Answer and Affirmative Defenses, respectfully states the following:

1. Paragraphs 1, 2, 3, 4, 5, and 6 are admitted.

2. Paragraph 7 is denied for lack of information.

3. Paragraphs 8 and 9 are admitted.

4. Paragraphs 10, 11, and 12 are denied.

5. Paragraphs 13 and 14 are denied for lack of information.

6. Paragraph 15 is denied in part; it is not common practice of individuals to make personal copies with company equipment as Plaintiff had done.

7. Paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 30 are denied for a lack of information.

8. Paragraph 31 is admitted.

9. Paragraphs 32, 33, and 34 are denied for a lack of information.

10. Paragraphs 35 and 36 are denied.

11. Paragraph 37 is denied for lack of information

12. Paragraph 38 is denied. Management Rights under Article XIX provides management the rights, including but not limited to "transfer, to promote, or to layoff, terminate or otherwise relieve employees from duty for lack of work or any other legitimate reason; to suspend, discharge, or otherwise discipline employees for just cause."

13. Paragraph 39 is denied. Under Article IX of the Collective Bargaining Agreement, the grievance procedure "will treat the grievant in an equitable manner."

14. Paragraph 40 is denied for lack of information.

15. Paragraph 41 is denied.

16. Paragraphs 42 and 43 are denied for lack of information.

17. Paragraph 44 is denied.

18. Paragraphs 45, 46, 47, 48, 49, and 50 are denied for a lack of information.

**AFFIRMATIVE DEFENSES**

COMES NOW, Defendants UFCW Local 1149 and for its Affirmative Defenses, states the following:

1. Plaintiff, Carl Linden, has failed to state a claim upon which relief may be granted.

2. Plaintiff has failed to mitigate his damages.

3. Plaintiff's claims are barred by the expiration of the statute of limitations.

## RESERVATION OF RIGHT

Defendant UFCW Local 1149 hereby reserves the right to file, upon completion of its investigation and discovery, to file any amended answers, defenses and counterclaims as deemed appropriate.

WHEREFORE, Defendant UFCW Local 1149 prays this Court find judgment in its favor, and deny all Plaintiff's claims including those alleged herein; deny Plaintiff's request for reinstatement, retroactive benefits, compensatory damages, emotional distress, and punitive damages. As well as deny Plaintiff's request for attorney fees and deny Plaintiff's request for any alternative relief. Further, Defendant UFCW Local 1149, prays this Court dismisses all Plaintiff's claims with prejudice, finding UFCW Local 1149 as the prevailing party; thus awarding reimbursement for the attorney fees necessary to defend this action.

**HEDBERG & BOULTON, P.C.**

_____
**Nathaniel R. Boulton AT0000992**
100 Court Avenue, Suite 425
Des Moines, IA 50309
Tel: 515 288-4148
Fax: 515 288-4149
nboulton@hedberglaw.com

**ATTORNEY FOR DEFENDANTS UFCW LOCAL 1149**

Original filed.

Copy to:

John O. Haraldson
Sellers, Haraldson & Binford
An Association of Sole Practitioners
400 Locust Street, Suite 170
Des Moines, Iowa 50309-2351

**ATTORNEY FOR PLAINTIFF**

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on August 12, 2014

By:
☐ U.S. Mail ☐ FAX
☐ Certified Mail ☐ Courier
☐ Hand Delivery X Other: E-file

Signature: _____